IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICARDO PEREZ-BETANCUR, )<br>)<br>Defendant. ) | Case No. 4:23CR0623 SRC |

**MOTION TO APPOINT CRIMINAL JUSTICE ACT COUNSEL**

COMES NOW Nanci H. McCarthy, Federal Public Defender, and respectfully moves this Court for leave for counsel and the Office of the Federal Public Defender to withdraw as counsel of record for Defendant, Ricardo Perez-Betancur, and further requests that the Court appoint Criminal Justice Act counsel fluent in Spanish to represent the Defendant. In support thereof, counsel states as follows:

1. The Defendant is a native Spanish speaker, and all investigative and discovery materials in this matter are in Spanish. The investigation underlying this case was conducted entirely in a Spanish-speaking country, and accordingly, the vast majority of reports, witness statements, and related evidence are in Spanish. The Office of the Federal Public Defender presently has no staff members who are native Spanish speakers.

2. The fact that the investigation of this offense and the bulk of the criminal activity occurred outside of the United States, and the fact that the discovery includes law enforcement reports and wiretaps entirely in Spanish, make this matter distinct from a case where the defendant does not speak English. In addition to the costs of an interpreter to communicate with the defendant, the FPD or the USA will be required to pay the cost of translating discovery into English unless Spanish-speaking counsel is appointed. Undoubtedly, translator

costs will be necessary in this case, but the appointment of a Spanish-speaking attorney will minimize expenditures for all parties. The estimated cost of translating all discovery materials, as well as facilitating attorney-client communications, would exceed the Office of the Federal Public Defender's allotted budget for translation services for the remainder of the calendar year.

Wherefore, counsel respectfully prays that this Court grant the Office of the Federal Public Defender leave to withdraw as counsel for Defendant in this cause and appoint Criminal Justice Act panel counsel fluent in Spanish to represent the Defendant.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY 45443 MO
Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Nanci_McCarthy@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on 9/3/2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Office of the United States Attorney.

/s/ Nanci H. McCarthy
NANCI H. MCCARTHY 45443 MO
Federal Defender